# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| JOSEPH WILLIAMS, | ] |
| Plaintiff, | ] |
| vs. | ] Case No: 2:21-CV-02274-MSN |
| CITY OF MEMPHIS GOVERNMENT | ] JURY DEMAND |
| Defendant. | ] Honorable Judge Mark S. Norris |

## JOINT MOTION FOR EXTENSION OF TIME FOR ALTERNATIVE DISPUTE RESOLUTION

As evidenced by the signatures below and their respective counsel, both Plaintiff Joseph Williams and Defendant City of Memphis Government (collectively the "Parties") jointly move to extend the deadline for alternative dispute resolution ("ADR") originally set for January 3, 2022. In an effort to coordinate effective mediation efforts, both parties jointly request a sixty (60) day extension to set the new ADR deadline to Friday, March 4, 2022.

Respectfully Submitted,

**THE EMPLOYMENT AND CONSUMER LAW GROUP**

**/s/ CULLEN HAMELIN**
**JONATHAN A. STREET, BPR No. 021712**
**CULLEN HAMELIN, BPR No. 037317**
525 4th Avenue South
Nashville, TN 37210
(615) 850-0632

*Attorneys for Plaintiff*

**/s/ ALAN CRONE**
**Alan G. Crone**
**Catherine Carter Walsh**
THE CRONE LAW FIRM, PLC
88 Union Avenue
4th Floor
Memphis, TN 38103
901-737-7740
Fax: 901-474-7926
Email: acrone@cronelawfirmplc.com
Email: cwalsh@cronelawfirmplc.com

## CERTIFICATE OF SERVICE

      **I HEREBY CERTIFY** that a true and correct copy of the above and foregoing was served via electronic mail this 3st day of January, 2022 to the following:

Catherine Walsh
Alan Crone
The Crone Law Firm, PLC
88 Union Avenue, 13th Floor
Memphis, TN 38103
Acrone@cronelawfirmplc.com
cwalshe@cronelawfirmplc.com

                                          */s/ Cullen Hamelin*
                                          **CULLEN HAMELIN**